IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

FILED
U.S DISTRICT COURT

2006 JUL 18 A 10: 22

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | | |
|---|---|---|
| IHC HEALTH SYSTEMS, INC. d/b/a LDS HOSPITAL | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| | § § | |
| RAILSERVE, INC. EMPLOYEE BENEFIT PLAN | § § § | Judge J. Thomas Greene DECK TYPE: Civil DATE STAMP: 07/18/2006 @ 10:24:44 CASE NUMBER: 2:06CV00588 JTG |
| Defendant. | § § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF THIS COURT:

IHC Health Systems, Inc. d/b/a LDS Hospital ("LDS Hospital"), files this Complaint against

the Railserve, Inc. Employee Benefit Plan ("Railserve") for the non-payment of health insurance

benefits on behalf of Joseph Jeppesen, and states the following:

### PARTIES

1. IHC Health Systems, Inc. d/b/a LDS Hospital is a Utah corporation with its principal

place of business in Salt Lake City, Utah.  LDS Hospital is located in Salt Lake City, Utah.

2. Railserve, Inc. Employee Benefit Plan is a self-funded welfare plan and can be served

through its trustee at 1691 Phoenix Boulevard, Suite 110, Atlanta, Georgia, 30349.

### JURISDICTION AND VENUE

3. There is federal question jurisdiction in this case pursuant to 28 U.S.C. § 1331 and

29 U.S.C. § 1132(e)(1) because Plaintiff has brought claims under 29 U.S.C. § 1132 *et seq.*

4. Venue is proper in the District of Utah because the facts and claims alleged herein

were committed and arose in substantial part within the District of Utah and in particular, the

Northern Division and under 29 U.S.C. § 1132(e)(2).

## FACTUAL ALLEGATIONS

5.     Joseph Jeppesen was treated at LDS Hospital from July 22, 2002 through August 1, 2002.

6.     As a result of the treatment of Mr. Jeppesen, there was a total bill of $47,611.54 incurred at LDS Hospital.

7.     At the time of treatment, Mr. Jeppesen was insured through the Railserve, Inc. Employee Benefit Plan, which is an ERISA Plan.

8.     LDS Hospital has only been paid $7,348.73 by Railserve for the services that were rendered to Joseph Jeppesen. LDS Hospital has billed and appealed to Railserve for the refusal to pay the additional amounts on numerous occasions. Railserve has refused to pay the remaining of this bill claiming the use of "illegal drugs or medications."

9.     Joseph Jeppesen has assigned his health insurance benefits from Railserve, Inc. to LDS Hospital.

10.    Standing in the shoes of Joseph Jeppesen, LDS Hospital seeks the payment required under Railserve's Plan and schedules.

## CAUSES OF ACTION

11.    Based on the facts plead above, Plaintiff brings the following causes of action against Defendants:

      a.     Violation of 29 U.S.C. § 1132 in that Railserve has, arbitrarily and capriciously, as well as by abusing their discretion, refused to pay LDS Hospital according to its Plan for the treatment of Joseph Jeppesen.

## ATTORNEYS FEES AND COSTS

12.    Pursuant to 29 U.S.C § 1132 (g)(1), LDS Hospital seeks its attorneys fees and costs

for the pursuit of this case.

WHEREFORE, Plaintiff respectfully requests that Railserve be cited to appear and answer herein, that this case be set for trial, that a jury be impaneled, and that upon trial of this action, LDS shall have and recover all of the following:

a.     actual damages, including the total remaining balance on the Joseph Jeppesen accounts;

b.     reasonable attorney's fees;

c.     court costs and expenses;

d.     pre-judgment and post-judgment interest at the highest legal rate; and

e.     for other and further relief to which the Plaintiff is entitled and as the Court deems proper.

Respectfully submitted,

**THE TUREK LAW FIRM, PLLC**

By: _____

Douglas Turek
State Bar No. 9649
Attorney-in-Charge

OF COUNSEL:

THE TUREK LAW FIRM, PLLC
25231 Grogan's Mill Road, Suite 110
The Woodlands, Texas  77380
Telephone:  (281) 296-6920
Telecopier:  (281) 296-0733

ATTORNEY FOR PLAINTIFF

## TO THE EXTENT ALLOWED BY LAW, A JURY TRIAL IS REQUESTED IN THIS MATTER.

DT/lms
T:\TurekLawFirm\LITIGATION\JHC.1009.00\JEPPESEN.1009.31\XComplaint.002.wpd
January 5, 2005

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| IHC Health Services, Inc. d/b/a LDS Hospital | Railserve, Inc. Employee Benefit Plan |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Douglas Turek
The Turek Law Firm, PLLC
25231 Grogan's Mill Road, Suite 110
The Woodlands, Texas 77380        Tel: 281-296-6920

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 365 Personal Injury - Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine ☐ 345 Marine Product Liability | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1132, et. seq.
Brief description of cause:
Claim for health benefits under ERISA, 42 USC 1132

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE 07/17/2006

SIGNATURE OF ATTORNEY OF RECORD  *Douglas Turek / By Permission*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____

Jeppesen Cover Sheet p. 1

Judge J. Thomas Greene
DECK TYPE: Civil
DATE STAMP: 07/18/2006 @ 10:24:44
CASE NUMBER: 2:06CV00588  JTG